Constance C. CHURCHILL, Purported Transferee and Beneficiary of the Estate of Clara E. Cline, Decd., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Hooper D. CHURCHILL, Purported Transferee, etc., Petitioner, v. SAME.

Alice C. GUTHRIE, Purported Transferee, etc., Petitioner, v. SAME.

Stanley W. GUTHRIE, Purported Transferee, etc., Petitioner, v. SAME.

Nos. 11042–11044, 11054.

Circuit Court of Appeals, Ninth Circuit.

April 23, 1945.

Todd W. Johnson, of Los Angeles, Cal., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Tax Division, for respondent.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered petition to review in each of above causes dismissed, that a judgment of dismissal be filed and entered in the minutes of this court, and that the mandate of this court in each cause issue forthwith.